```
Robert M. Holley (SBN 50769)
Attorney at law
State Bar No. 50769
331 J Street, Suite #200
Sacramento, California 95814
Telephone:  (916) 443-2213
```

Attorney for Defendant JOSMAN WILLIAMS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CRS 08-091 MCE |
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING |
| | ) STATUS CONFERENCE |
| v. | ) |
| JOSMAN WILLIAMS, | ) |
| Defendant. | ) |
| _____ | ) |

**STIPULATION**

It is hereby stipulated by and between the parties hereto through their respective counsel that the status conference presently scheduled for Thursday, October 2, 2008, be continued one week to **Thursday, October 9, 2008 at 9:00 a.m.**

The parties further stipulate that the time included in this continuance be excluded pursuant to Speedy Trial Act, 18 U.S.C. Section 3161(h)(8)(B)(ii)(Local Code T4) through October 9, 2008 due to

////

////

////

////

complexity of the case and in the interest of justice and negotiations in reference to settlement.

Dated: October 1, 2008

*/s/ Mr. MATTHEW STEGMAN, Esq. (By RMH)*
**Mr. MATTHEW STEGMAN, Esq.
Assistant United States Attorney
Counsel for the United States**

*/s/ Mr. Robert M. Holley, Esq.*
**Mr. Robert M. Holley, Esq.
Counsel for Mr. JOSMAN WILLIAMS**

## ORDER

**GOOD CAUSE APPEARING, the above requested calendaring change, and stipulation re: the exclusion of time pursuant to the Federal Speedy Trial Act, are SO ORDERED.**

**Dated: October 6, 2008**

**MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE**

2